

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER

Appellate case name:     In re Jason Frederick Siebold

Appellate case number:   01-21-00437-CV

Trial court case number: 2018-55788

Trial court:             215th District Court of Harris County

Real parties in interest Heriberto Quiroz and Aurora Rubio de Quiroz filed an Unopposed Motion for Extension of Time to Respond to Relator's Petition for Writ of Mandamus. Real parties in interest's motion is **granted.** Real parties in interest's response brief is due **December 6, 2021.**

It is so ORDERED.

Judge's signature: <u>Veronica Rivas-Molloy</u>
                    Acting individually

Date: <u>December 2, 2021</u>